UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFEN LUTHER FIELDS,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY,<br><br>Respondent. | Case No. 5:20-cv-00031-AB-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the November 7, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the Petition is denied on its merits, this action is dismissed with prejudice, and Judgment be entered accordingly.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

DATED: January 30, 2023

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE