JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFEN LUTHER FIELDS, | Case No. 5:20-cv-00031-AB-JC |
| Petitioner, | |
| v. | JUDGMENT |
| WARREN L. MONTGOMERY, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: January 30, 2023

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE